DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LIZA M. GONZALEZ,

Appellant,

v.

EPPERSON RANCH BUILD TO RENT LLC, a Delaware limited liability
company authorized to do business in Florida, as landlord of BB LIVING
EPPERSON RANCH,

Appellee.

No. 2D2025-3217

————————————————

May 27, 2026

Appeal from the County Court for Pasco County; Kent Compton, Judge.

Liza M. Gonzalez, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.